JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  MARLA K. LETELLIER, CSBN 234969
7  Special Assistant United States Attorney
   Social Security Administration
8  Office of the General Counsel
9  Office of Program Litigation, Division 7
     6401 Security Boulevard
10   Baltimore, Maryland 21235
11   Telephone: (510) 970-4830
     Facsimile: (415) 744-0134
12   E-mail: marla.letellier@ssa.gov
13
   Attorneys for Defendant
14

15
                UNITED STATES DISTRICT COURT
16          FOR THE CENTRAL DISTRICT OF CALIFORNIA
17              WESTERN DIVISION—LOS ANGELES

18 | ALBERT ANTHONY PONCE,            | Case No. 2:24-cv-01036-AJR
19 |                                  |
20 |         Plaintiff,               | [PROPOSED] JUDGMENT OF REMAND
21 |    v.                            |
22 |                                  |
23 | MARTIN O'MALLEY,                 |
   | Commissioner of Social Security, |
24 |                                  |
   |         Defendant.               |
25
26
27
28

1  The Court having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3  ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS
4  HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned
5  action is remanded to the Commissioner of Social Security for further proceedings
6  consistent with the terms of the Stipulation to Remand.

DATED: 7/9/24

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] JUDGMENT                                CASE NO. 2:24-CV-01036-AJR